UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| LARRY WHITTAKER, | ) | 3:18-cv-00488-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | June 18, 2020 |
| STATE OF NEVADA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KAREN WALKER</u>   REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

On March 31, 2020, Plaintiff filed a "Motion to Identify Defendants Fonsaka and Haines" in which Plaintiff provided additional information which might possibly assist the Office of the Attorney General in identifying Defendants Fonsaka and Haines. (ECF No. 21).

On April 1, 2020, the court ordered the Office of the Attorney General to respond to Plaintiff's motion (ECF No. 21) and to advise if any additional efforts/due diligence the Office has undertaken with respect to further attempting to identify these individuals. Additionally, the court stated that if either Defendant is identified as a current or past employee of the Nevada Department of Corrections, the Office of the Attorney General shall advise if it can accept service for either or both individuals. (ECF No. 22.)

On June 5, 2020, Plaintiff filed a "Notice to the Court of 'Meet and Confer' Request Concerning Unidentified Individuals" (ECF No. 29). On June 8, 2020, the court again ordered the Deputy Attorney General to coordinate a conference with Plaintiff regarding his "meet & confer" and to file a report of his conference within ten days of the date of the order. (ECF No. 30.)

As of this date, the Office of the Attorney General has failed to respond to the court's orders (ECF Nos. 22 and 30).

///

MINUTES OF THE COURT
3:18-cv-00488-MMD-WGC
June 18, 2020
Page Two
_____/


      **IT IS HEREBY ORDERED** that the Office of the Attorney General shall a response to Plaintiff's motion (ECF No. 21) and a report of the parties meet and confer on or before **Monday, June 22, 2020**.

                                    DEBRA K. KEMPI, CLERK

                                    By: _____/s/_____
                                            Deputy Clerk