UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| LARRY WHITTAKER, | ) | 3:18-cv-00488-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | June 29, 2020 |
| STATE OF NEVADA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KAREN WALKER     REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Request for the United States Marshal to Serve Defendant Kate House (ECF No. 32).

Pursuant to the court's screening order, Plaintiff's claim in Count I, alleging a due process violation based on the deprivation of property, was allowed to proceed against Defendants Dzurenda, Ward, Henely, Flamm, Conolly, Alishio, Fonseca, Haines, Peterman, House, Sandoval, Moore, Schmidt, Barrowman, and Filson. (ECF No. 3 at 12.) In Defendants' Notice of Acceptance of Service, the Office of the Attorney General did not mention Defendant House (now identified as Kate House). (ECF No. 10.)

**IT IS HEREBY ORDERED** that the Office of the Attorney General (OAG) shall advise the court **within ten (10) days** whether it can accept service for Defendant Kate House.  If the Office cannot accept service, the Office shall file, under seal, but shall serve the inmate Plaintiff the last known address of Defendant House. If the last known address is a post office box, the Office shall attempt to obtain and provide the last known physical address.

**IT IS FURTHER ORDERED** that Plaintiff's Request for the United States Marshal to Serve Defendant Kate House (ECF No. 32) is **DENIED** without prejudice.

DEBRA K. KEMPI, CLERK

By:  _____/s/_____
Deputy Clerk