UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| LARRY M. WHITTAKER, | ) | 3:18-cv-00488-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | July 13, 2020 |
| STATE OF NEVADA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KAREN WALKER     REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendants' Motion for Partial Relief from Order (ECF No. 51). The court interprets Defendants' motion as a motion for reconsideration of this court's Minute Order of June 29, 2020 (ECF No. 47).

Defendants' Motion for Partial Relief from Order (ECF No. 51) is **GRANTED in part**. The second paragraph of the court's Minute Order (ECF No. 47) is corrected in part to read:

> "If the Office cannot accept service, then the last known address for Ms. House should be filed under seal. Upon the filing of Defendant's last known address, Defendants' counsel shall file a notice that Ms. House's address has been filed under seal."

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:  /s/_____
        Deputy Clerk