# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| LARRY M. WHITTAKER, | ) | 3:18-cv-00488-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | October 19, 2020 |
| STATE OF NEVADA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KAREN WALKER</u>    REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Motion to Compel Discovery" (ECF No. 70) . Defendants have responded to Plaintiff's motion stating that "the parties have reached this agreement which resolve the issues raised in the Motion to Compel." (ECF No. 75 at 2.)

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel Discovery (ECF No. 70) is **<u>DENIED</u>** as moot. The court commends Defendants' counsel and Plaintiff for resolving their discovery dispute via the meet and confer process.

**IT IS FURTHER ORDERED** that the hearing scheduled on **Tuesday, November 10, 2020, at 10:00 a.m.** is **<u>VACATED</u>**.

DEBRA K. KEMPI, CLERK

By: _____/s/_____
                    Deputy Clerk